WR-84,279-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/2/2015 5:14:20 PM
Accepted 12/3/2015 8:18:55 AM
ABEL ACOSTA
CLERK

No. _____

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS, AT AUSTIN

RECEIVED IN
COURT OF CRIMINAL APPEALS
12/3/2015
ABEL ACOSTA, CLERK

**In re Kevin Richard Joliet**
Relator

# MOTION REQUESTING STAY OF TRIAL COURT PROCEEDINGS PENDING RESOLUTION OF WRIT

Respectfully submitted by,

**Wes Ball**
Ball & Hase, P.C.
4025 Woodland Park Blvd., Suite 100
Arlington, Texas 76013
Tel. (817) 860-5000
Fax: (817) 860-6645
State Bar Card No. 01643100

Attorney for Relator

No. _____

| | | |
|---|---|---|
| IN RE: | § | IN THE TEXAS COURT |
| KEVIN RICHARD JOLIET | § | |
| Relator | § | |
| | § | OF CRIMINAL APPEALS |

## EMERGENCY MOTION REQUESTING STAY OF TRIAL COURT PROCEEDINGS PENDING RESOLUTION OF WRIT

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW KEVIN RICHARD JOLIET, by and through Wes Ball, his attorney of record and files this Motion Requesting Stay of Trial Court Proceedings Pending Resolution of Writ and in support thereof would show the Court as follows:

I.

Kevin Richard Joliet is the named Relator in an Application For Writ of Prohibition filed this same date complaining of proposed actions of the named Respondent the Honorable Mollee Westfall, Judge of the 371st District Court of Tarrant County, Texas.

The unlawful actions of the Respondent are proposed to be entered as an order of the Court on Friday, December 4, 2015. If those actions

take place, Relator Joliet will be incarcerated and deprived of his liberty on an unlawful basis. The order proposed by Respondent is that Relator be incarcerated and sent to an Intermediate Sanction Facility solely on the basis of failing a polygraph. Relator Joliet will be terminated from his employment and suffer other adverse consequences as a result of this proposed incarceration. Should the incarceration later prove to be judged unlawful, restoration Relator's liberty will not be able to under the substantial harm caused by the proposed unlawful action of Respondent.

Therefore, Relator Joliet is requesting a stay of further action in the trial court concerning incarceration due to failure of polygraph examinations. The Court has authority to issue a stay under Article 5, §5(c) of the Texas Constitution which provides that the Court has power to issue writs as may be necessary to protect its jurisdiction.[1]

WHEREFORE, PREMISES CONSIDERED, Relator Kevin Richard Joliet prays that this Honorable Court enter an order staying

---

[1] In re Nguyen, 155 S.W.3d 191 (Tex. App. – Tyler 2003).

further action by the Respondent as requested to protect its jurisdiction and for such other and further relief to which he may be entitled.

Respectfully submitted,

/s/ Wes Ball
WES BALL
4025 Woodland Park Blvd.
Suite 100
Arlington, Texas 76013
Email: WBnotices@ballhase.com
Telephone: (817)860-5000
Fax No.: (817)860-6645
State Bar No. 01643100

ATTORNEY FOR RELATOR

## CERTIFICATE OF SERVICE

On the 2nd day of December, 2015, a true and correct copy of this motion was transmitted to the Honorable Mollee Westfall, Judge of the 371st District Court of Tarrant County, Texas and Charles Reynolds, Judicial Staff Counsel for Tarrant County, Texas.

/s/ Wes Ball
WES BALL